# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 11, 2019

157692

ERIKA EASTER,
   Plaintiff-Appellant,

v

PROGRESSIVE MARATHON INSURANCE
COMPANY and MARK ALLEN HOCHSTETLER,
   Defendants-Appellees.

_____/

SC: 157692
COA: 335815
Eaton CC: 15-001492-NI

Bridget M. McCormack,
*Chief Justice*

David F. Viviano,
*Chief Justice Pro Tem*

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
*Justices*

By order of September 12, 2018, the application for leave to appeal the March 20, 2018 judgment of the Court of Appeals was held in abeyance pending the decision in *Dye v Esurance Prop & Cas Ins Co* (Docket No. 155784). On order of the Court, the case having been decided on July 11, 2019, 504 Mich 167 (2019), the application is again considered. Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REVERSE Part I.A. of the Court of Appeals judgment for the reasons stated in *Dye*. We REMAND this case to the Eaton Circuit Court for further proceedings not inconsistent with this order. In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining questions presented should be reviewed by this Court.

CAVANAGH, J., did not participate due to her prior relationship with Garan Lucow Miller, P.C.



a1204

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 11, 2019



Clerk